

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-13-00573-CV

Style:               Steve McCraw

                     **v** Ricardo Valdez Gomez, Jr.

Date motion filed*:  August 29, 2013

Type of motion:      Unopposed Motion for Extension of Time to File Brief

Party filing motion: Appellant

Document to be filed: Appellant's brief

Is appeal accelerated?     No

If motion to extend time:
        Original due date:                       August 29, 2013
        Number of previous extensions granted:        0        Current Due date:  August 29, 2013
        Date Requested:                  15 days after filing of a supplemental clerk's record

Ordered that motion is:

   ☑     Granted in part

         If document is to be filed, document due:  **Monday, September 30, 2013**

         ☐        Absent extraordinary circumstances, the Court will not grant additional motions to extend time

   ☐     Denied

   ☐     Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

   ☐     Other: _____

   **The motion is granted is part. Appellant's brief is due no later than Monday, September 30, 2013.**

Judge's signature:  _____
                    ☑ Acting individually      ☐ Acting for the Court

Panel consists of   <u>/s/ Justice Jim Sharp</u>

Date:  <u>September 9, 2013</u>

November 7, 2008 Revision